1

**DAVID S. RATNER (SBN 316267)**
**SHELLEY A. MOLINEAUX (SBN 277884)**

2

**RATNER MOLINEAUX, LLP**
1990 N. California Blvd., Suite 20

3

Walnut Creek, CA 94596

4

Tel: (925) 239-0899
Fax: (925) 801-3818

5

david@ratnermolineaux.com
shelley@ratnermolineaux.com

6

7

Attorneys for Plaintiff DAVID HARTWICK

8

9

**IN THE UNITED STATES DISTRICT COURT**

10

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

DAVID HARTWICK, an individual,

Case No. 3:20-cv-05922-WHO

12

Plaintiff,

**[PROPOSED] ORDER CONTINUING THE**

13

v.

**NOVEMBER 18, 2020 MOTION TO DISMISS**
**HEARING TO JANUARY 13, 2020; AND**

14

CITY OF SAN JOSE, a Public entity; and DOES 1

**EXTENDING THE PARTIES' DEADLINES**
**WITH RESPECT TO THE BRIEFING OF**

15

to 50, inclusive.

**DEFENDANT'S MOTION TO DISMISS**
**PURSUANT TO LOCAL RULE 6-2**

16

Defendants.

17

Date: November 18, 2020
Time: 2:00 p.m.

18

Courtroom: 2
Judge: Hon. William H. Orrick

19

20

Complaint Filed: 08/23/2020
Trial Date: Not Set

21

22

**IT IS ORDERED:**

23

**GOOD CAUSE HAVING BEEN SHOWN** pursuant to the Stipulation to Continue the

24

November 18, 2020 motion to dismiss hearing of the City of San Jose, this Court **ORDERS** that the

25

Motion to Dismiss hearing is continued to January 13, 2020 at 2:00 p.m.

26

**IT IS FURTHER ORDERED.**

27

**GOOD CAUSE HAVING BEEN SHOWN** pursuant to Civil Local Rule 6-2, this Court

28

1

1 | **ORDERS** that the parties briefing deadlines are continued to the following dates:

2 |     Plaintiff David Hartwick's Opposition      November 10, 2020

3 |     Defendant City of San Jose's Reply      November 20, 2020

4 |     **IT IS SO ORDERED.**

5 |

6 | DATED:October 14, 2020            _____

7 |                     Hon. William H. Orrick

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[~~PROPOSED~~] ORDER CONTINUING THE NOVEMBER 18, 2020 MOTION TO DISMISS HEARING TO JANUARY 13, 2020; AND EXTENDING THE PARTIES' DEADLINES WITH RESPECT TO THE BRIEFING OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO LOCAL RULE 6-2