1  **DAVID S. RATNER (SBN 316267)**
   **SHELLEY A. MOLINEAUX (SBN 277884)**
2  **RATNER MOLINEAUX, LLP**
   1990 N. California Blvd., Suite 20
3  Walnut Creek, CA 94596
4  Tel: (925) 239-0899
   Fax: (925) 801-3818
5  david@ratnermolineaux.com
   shelley@ratnermolineaux.com
6
7  Attorneys for Plaintiff DAVID HARTWICK

8

9                 IN THE UNITED STATES DISTRICT COURT
10               FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                          SAN JOSE DIVISION
12

| DAVID HARTWICK, an individual, | Case No. 5:20-cv-05922-VKD |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THE ENTIRE CASE** |
| v. | |
| CITY OF SAN JOSE, a Public entity; and DOES 1 to 50, inclusive. | JUDGE: Hon. William H. Orrick |
| Defendants. | |

19       **NOTICE IS HEREBY GIVEN** that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff

20  David Hartwick, by and through his counsel of record, hereby voluntarily dismisses without prejudice the

21  above-entitled action against Defendant City of San Jose. This notice of dismissal is being filed with the

22  Court before service by Defendant of either an answer or a motion for summary judgment.

23
    Dated:  November 19, 2020            **RATNER MOLINEAUX, LLP**
24
                                          /s/ David S. Ratner
25                                        David S. Ratner
                                          Shelley A. Molineaux
26                                        Attorneys for Plaintiff David Hartwick

27

28

---
1
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THE ENTIRE CASE
Case No. 5:20-cv-05922-VKD

**ORDER**

Pursuant to the foregoing, this Court dismisses the entire case without prejudice.

**IT IS SO ORDERED.**

DATED: _____          _____
                                                              Hon. William H. Orrick

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On November 19, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the EM/ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America, State of California, that the foregoing is true and correct. Executed on November 19, 2020, at Walnut Creek, California.

          s/ *Andrea M. Caporale*
            Andrea M. Caporale